# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0103
Lower Tribunal Nos. 18-17820 CC; 20-74 AP
_____

**Vehicle Solutions, Corp.,**
Appellant,

vs.

**Platinum Body Shop, Corp.,**
Appellee.

An appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Wilson Law Firm South Florida, P.A., and Paul E. Wilson (Plantation), for appellant.

Law Office of Richard Lorenzo, P.A., and Richard Lorenzo, for appellee.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.